JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH NICHOLS,
Petitioner,

v.

CHRISTIAN PFEIFFER, Warden,
Respondent.

CV 23-2054 DSF (AYP)

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition (Dkt 25; "FAP") is DENIED and this action is DISMISSED without prejudice to the extent the FAP is second or successive or attacks unspecified parole decisions, and with prejudice to the extent the FAP Petition challenges the denial of Petitioner's 2022 resentencing proceeding.

Additionally, the request for a stay and appointment of counsel (Dkt. 59), as well as a Certificate of Appealability, are DENIED.

IT IS SO ORDERED.

Date: November 6, 2026

Dale S. Fischer
Dale S. Fischer
United States District Judge